UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DEVERA,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 1:21-cv-0823 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 11) |

On December 20, 2021, Plaintiff filed a stipulation of the parties for an extension of thirty days to file a motion for summary judgment. (Doc. 11.) Meghan Lambert, Plaintiff's counsel, reports the extension is necessary because she "intends on raising multiple fact-intensive issues," but she has "an unusually busy briefing schedule" due to the number of certified transcripts received from the Commissioner. (*Id.* at 1.) This is the first request for an extension, and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 11) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **February 2, 2022**.

IT IS SO ORDERED.

Dated:   **December 20, 2021**              _ **/s/ Jennifer L. Thurston**
                                            CHIEF UNITED STATES MAGISTRATE JUDGE